```
             UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 17089
    RUSSELL L MCCOMB
                                                  CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-2278


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/19/07 .

    2.  The case was dismissed without confirmation, 11/09/2007.

--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                                  PAID             PAID
--------------------------------------------------------------------------------
FREMONT INVESTMENT & LOA  CURRENT MORTG            .00             .00              .00
FREMONT INVESTMENT & LOA  MORTGAGE ARRE   NOT FILED               .00              .00
CAYMAN TURTLE INVESTMENT  SECURED                  .00             .00              .00
AAC                       UNSECURED       NOT FILED               .00              .00
AFNI                      UNSECURED       NOT FILED               .00              .00
ALLIANCEONE               UNSECURED       NOT FILED               .00              .00
ASSET ACCEPTANCE CORP     UNSECURED       NOT FILED               .00              .00
VALLEY WEST COMMUNITY HO  UNSECURED       NOT FILED               .00              .00
CB USA INC                UNSECURED       NOT FILED               .00              .00
CBE GROUP                 UNSECURED       NOT FILED               .00              .00
CRD PRT ASSOC             UNSECURED       NOT FILED               .00              .00
CREDIT ACCEPTANCE         UNSECURED       NOT FILED               .00              .00
DEPENDON COLLECTION SVC   UNSECURED       NOT FILED               .00              .00
ER SOLUTIONS INC          UNSECURED       NOT FILED               .00              .00
FINANCIAL RECOVERY SERVI  UNSECURED       NOT FILED               .00              .00
H&F LAW                   UNSECURED       NOT FILED               .00              .00
KCA FINANCIAL SERVICE     UNSECURED       NOT FILED               .00              .00
MERCHANTS CREDIT GUIDE    UNSECURED       NOT FILED               .00              .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED               .00              .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED               .00              .00
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                                  PAID             PAID

NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED               .00              .00
NICOR GAS                 UNSECURED       NOT FILED               .00              .00
TORRES CREDIT SERVICES    UNSECURED       NOT FILED               .00              .00
TRIAD FINANCIAL CORP      UNSECURED       NOT FILED               .00              .00
UNITED COLLECTIONS        UNSECURED       NOT FILED               .00              .00
VERIZON WIRELESS          UNSECURED       NOT FILED               .00              .00
        Summary of disbursements:
--------------------------------------------------------------------------------
                  SECURED       PRIORITY     UNSECURED       OTHER           TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00           .00           .00           .00             .00
```

```
PRINCIPAL PAID                     .00            .00            .00            .00            .00
INTEREST PAID                      .00            .00            .00            .00            .00
TOTAL PAID                         .00            .00            .00            .00            .00
```
The Debtor's attorney, NIEBUHR LAW OFFICES             , was allowed $         .00
and was paid $        .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/11/08                                  /S/
                                                    GLENN STEARNS
                                                    CHAPTER 13 TRUSTEE